**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 FIDEL A. ZAVALA ROMERO,

Petitioner,

-against-                                                 26 **CIVIL** 1884 (MMG)

**JUDGMENT**

KRISTI NOEM et al.,

Respondents.
----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 19, 2026, Petitioner's habeas petition is

DENIED; accordingly, the case is closed.

**Dated:** New York, New York

     March 20, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**        K. Mango
_____
**Deputy Clerk**